IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

WILLIAM JAMES NUNN,

        Petitioner,

  v.

BRIAN BELLEQUE,
Superintendent, Oregon State Penitentiary,

        Respondent.

No. CV 06-518-PK

OPINION AND ORDER

**MOSMAN, J.,**

  On May 2, 2008, Magistrate Judge Papak issued Findings and Recommendation ("F&R") (#36) in the above-captioned case recommending that Petitioner's Petitioner for Writ of Habeas Corpus (#1) be DENIED and this action dismissed with prejudice. Petitioner filed Objections to the F&R, and Respondent filed a Response to those Objections.

  The magistrate judge makes only recommendations to the court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge, but retains responsibility for making the final determination. The court is generally required to make a *de novo* determination of those portions of the report or specified findings or recommendation as to which an objection is made. 28 U.S.C. § 636(b)(1)(C). However, the court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the F&R to which no objections are

PAGE 1 - OPINION AND ORDER

addressed. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). While the level of scrutiny under which I am required to review the F&R depends on whether or not objections have been filed, in either case, I am free to accept, reject, or modify any of the magistrate judge's F&R. 28 U.S.C. § 636(b)(1)(C).

Upon review, I agree with Judge Papak's recommendation, and I ADOPT the F&R as my own opinion.

IT IS SO ORDERED.

DATED this  15th  day of July, 2008.

/s/ Michael W. Mosman
MICHAEL W. MOSMAN
United States District Court

PAGE 2 - OPINION AND ORDER